```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

KRISTY DAWN DeLEON                                         Plaintiff

v.                              4:10CV01465 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                   Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 6th day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE